# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS M. LINDSEY, | CASE NO. CV 08-3222-DSF (PJW) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| CALIFORNIA BOARD OF PRISON TERMS, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of United States Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

DATED: 8/25/09 .

*Dale S. Fischer*

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\Lindsey order 08-3222.wpd