UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS M. LINDSEY,<br><br>              Plaintiff,<br><br>     v.<br><br>CALIFORNIA BOARD OF<br>PRISON TERMS, et al.,<br><br>              Defendants. | Case No. CV 08-3222-DSF (PJW)<br><br>J U D G M E N T |

    Pursuant to the Order Dismissing Action, and for the reasons contained therein,

    IT IS ADJUDGED that the action is dismissed.

    DATED:    8/25/09   .

_/s/ Dale S. Fischer_
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\Lindsey Judgment.wpd